# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3718

_____

| | | |
|---|---|---|
| In re: Bobby Ernest Finch; Donna Lynn Finch, | * | |
| | * | |
| | * | |
| Debtors | * | |
| -------------------------------------------- | * | Appeal from the United States |
| | * | Bankruptcy Appellate Panel |
| Bobby Ernest Finch; Donna Lynn Finch, | * | for the Eighth Circuit. |
| | * | |
| | * | [UNPUBLISHED] |
| Appellants, | * | |
| | * | |
| v. | * | |
| | * | |
| David D. Coop, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: July 24, 2008
Filed: July 30, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Bobby Finch and Donna Finch appeal from the decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] refusal to reopen their Chapter 13 bankruptcy case. Upon review of the bankruptcy court's factual findings for clear error, and its legal conclusions de novo, see In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002), we agree with the BAP's analysis and accordingly affirm the decision of the BAP. See 8th Cir. R. 47B. Appellants' pending motions are denied.

_____

_____

[1]The Honorable Richard D. Taylor, United States Bankruptcy Judge for the Eastern District of Arkansas.